UNITED STATES OF AMERICA v. JOSPEH M. SIMS

Case No. 18-00004-01-CR-W-DGK

Katie A. Clelland
U.S. Probation Officer

LIST OF VIOLATIONS

**<u>Violation of Mandatory Condition</u>**, which reads, "You must not commit another federal, state or local crime."

**<u>Violation of Special Condition</u>**, which reads, "The defendant shall not consume or possess alcoholic beverages or beer, including 3.2 percent beer, at any time, and shall not be present in any establishment where alcoholic beverages are the primary items for sale."

**<u>Violation of Standard Condition</u>**, which reads, "You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change."

On January 24, 2024, the Probation Office received information from the District of South Carolina regarding a new law violation Sims was involved in. According to a police report, on January 13, 2024, Myrtle Beach, South Carolina, police officers responded to 3000 North Ocean Boulevard, Room 531, Myrtle Beach, South Carolina, in reference to a disturbance. Upon arrival, officers spoke to the victim who reported she and Sims, who were in a romantic relationship, were involved in a verbal argument and he threatened to kill her. Sims was located in the hotel room and arrested for domestic violence in the 2nd degree. According to Sims supervising officer in the District of South Carolina, the victim has an active order of protection against Sims.

Furthermore, Sims is no longer residing in South Carolina, and has once again relocated to the Western District of North Carolina. Neither the District of South Carolina or the Western District of North Carolina will accept courtesy supervision of Sims. It is believed he is residing with his fiancée in North Carolina. Currently, Sims has no approved home plan.

**<u>Violation of Mandatory Condition</u>**, which reads, "You must refrain from any unlawful use of a controlled substance."

| **Type of Test/Specimen No.** | **Test Date** | **Test Result** |
|---|---|---|
| Urinalysis/B000027525 | 09/06/2023 | Cocaine/Cocaine Metabolite |

On January 24, 2023, the Probation Office received information that the above-noted urinalysis sample (Specimen B000027525) provided by Sims in the Western District of North Carolina returned from the laboratory positive for cocaine/cocaine metabolite.