# UNITED STATES DISTRICT COURT

for

### Western District Of Missouri

U.S.A. vs. **JOSEPH M. SIMS**  Docket No. 18-00004-01-CR-W-DGK

TO: any United States Marshal, or his deputies, or any other authorized law enforcement officer

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named Supervised Releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her Supervised Release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Joseph M. Sims | | | |

ADDRESS (STREET, CITY, STATE)

| SENTENCE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| WESTERN DISTRICT OF MISSOURI - KANSAS CITY | 06/21/2019 |

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)

**U.S. District Court**
**Western District of Missouri**
**Kansas City, Missouri**

| COURT EXECUTIVE | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Paige Wymore-Wynn | [signature] | 02/05/2024 |

### RETURN

| | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| Warrant received and executed. | | |

EXECUTING AGENCY (NAME AND ADDRESS)

| NAME | (BY) | DATE |
|---|---|---|
| | | |